**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                           Case No. 8:18-bk-03456-MGW
                                                                                                 Chapter 7

James Chisholm

_____Debtor(s)_____ /

**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**
(Doc No. 31)

**NOTICE IS HEREBY GIVEN** that Beth Ann Scharrer, the Trustee hereby withdraws the *Objection to Claim of Exemptions* (Dkt. No. 31) (the "Objection").

                                                                            Respectfully submitted,

                                                                            /s/ Richard M. Dauval
                                                                            **Richard M. Dauval, Esq.**
                                                                            3900 1st Street North
                                                                            St. Petersburg, FL 33703
                                                                            Ph No: (727) 327-3328

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this notice has been furnished either electronically or by U.S. Mail, this November 13, 2018 to the US Trustee, the Debtor and all those who are electronically notified of such filings

                                                                            /s/ Richard M. Dauval
                                                                            **Richard M. Dauval, Esq.**